UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE W. LARSON, | ) | File No. Civ.: 12-4020 KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S MOTION TO** |
| | ) | **SUPPLEMENT PLAINTIFF'S** |
| AUTO OWNERS INSURANCE | ) | **RESPONSE TO DEFENDANT'S** |
| COMPANY a Subsidiary of Parent | ) | **MOTION TO DISMISS** |
| Company AUTO OWNERS INSURANCE | ) | |
| GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Plaintiff Lawrence Larson, and, pursuant to FRCP 15 (d), moves the Court to permit Plaintiff to provide Supplemental Authority to the Court regarding Defendant's Motion to Dismiss, or, Alternatively, Motion to Stay Proceedings. The Plaintiff makes this Motion in support of fact that the Minnesota State Court of Appeals has now entered its Opinion in the case of Auto Owners Insurance Company, Plaintiff, v. Lawrence Larson, Defendant (Appeal File No. A12-1509), which specifically reverses the decision of the Minnesota State District Court which denied Lawrence Larson's Motion to Dismiss and granted Auto Owners Insurance Company's Motion to an Anti-Suit Injunction with respect to this action. The Plaintiff seeks permission to provide the Court with the supplemental authority of the Minnesota Court of Appeals' Opinion. This is the Opinion that the South Dakota Federal District Court was waiting on, in granting the Stay.

WHEREFORE, the Plaintiff requests permission to supplement the Plaintiff's earlier position, by filing Plaintiff's supplemental authority.

Respectfully submitted this 8th day of April, 2013.

                                      ABOUREZK & ZEPHIER, P.C.
                                      /s/ Robin L. Zephier
                                      Robin L. Zephier
                                      Attorneys for Plaintiff
                                      Post Office Box 9460
                                      2020 W. Omaha
                                      Rapid City, South Dakota 57709
                                      (605) 342-0097

**This document was electronically filed**