UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE W. LARSON, | * | Civ. 12-4020 |
| Plaintiff, | * | |
| -vs- | * | |
| | * | **STIPULATION FOR DISMISSAL** |
| AUTO OWNERS INSURANCE COMPANY, a subsidiary of parent company AUTO OWNERS INSURANCE GROUP, | * | |
| Defendants. | * | |

COME NOW the parties involved in the above-entitled action and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), enter into this Stipulation allowing for the voluntary dismissal of the above-entitled matter. It is the intent of the parties that this matter shall be dismissed, with prejudice, and without further recourse by any party. Furthermore, it is the intent of the parties that all parties shall bear their own costs and attorney's fees associated with the prosecution or defense of this action.

ABOUREZK LAW FIRM

Dated: 2/3/15

By _____
Attorneys for Plaintiff

2020 West Omaha Street
Post Office Box 9460
Rapid City, SD  57709-9460
Telephone No. 605-342-0097
e-mail: rzephier@azlaw.pro

|  |  |
|---|---|
|  | RICHARDSON, WYLY, WISE, SAUCK & HIEB, LLP |
| Dated: 2/9/15 | By _____ Attorneys for Defendant |
|  | One Court Street<br>Post Office Box 1030<br>Aberdeen, SD  57402-1030<br>Telephone No. 605-225-6310<br>e-mail: jhieb@rwwsh.com |