UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE W. LARSON,<br><br>           Plaintiff,<br><br>      vs.<br><br>AUTO OWNERS INSURANCE COMPANY, a Subsidiary of Parent Company AUTO OWNERS INSURANCE GROUP;<br><br>           Defendant. | 4:12-CV-04020-KES<br><br><br>JUDGMENT |

Pursuant to the Stipulation for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this matter is dismissed, with prejudice, and without further recourse by any party. All parties will bear their own costs and attorney's fees associated with the prosecution or defense of this action.

Dated February 10, 2015.

BY THE COURT:

/s/ Karen E. Schreier
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE